ORIGINAL  S/C issued #850394

CV 03-659 #1

FILED _____ ENTERED
LODGED_____RECEIVED

MAR 13 2003   PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| **Gloria K. Owen** | No. **C03-0659** |
| Plaintiff, | |
| v. | **COMPLAINT** |
| **West Travel,  Inc. and Alaska Sightseeing/Cruise West Co. d/b/a Cruise West,** | |
| Defendant. | |

Plaintiff, Gloria K. Owen, alleges as follows:

## NATURE OF THE ACTION

1.      This action arises under the Fair Labor Standards Act ("FLSA") 29 U.S. C.

§ 201 *et seq.*

## JURISDICTION AND VENUE

2.      Jurisdiction arises under both the jurisdictional provisions of the FLSA  § 29

U.S.C. § 216(b), and under 28 U.S.C. § 1331.

Complaint - Page 1
Case No. (*Owen v. West Travel, Inc. et al.*)

Anthony J. Ginster
Attorney At Law
225 – 106th Avenue N.E.
Bellevue, WA 98004
(425) 462-8240

3.    Venue is proper in this judicial district under 28 U.S.C. § 1391.  A substantial part of the events and omissions giving rise to the claim occurred in this judicial district.  Defendants are doing business and have their principal place of business within this judicial district.

### PARTIES

4.    Plaintiff, Gloria K. Owen, is a resident of the State of Oregon, and was employed aboard defendants' vessels, the M/V SPIRIT OF COLUMBIA and the M/V GLACIER BAY, between the period of on or about April 1999 through October 2001. At all material times plaintiff was an "employee" of defendants within the meaning of 29 U.S.C. § 203.

5.    Defendants West Travel, Inc. and Alaska Sightseeing/ Cruise West Co. are doing business in the State of Washington and their principal place of doing business is within King County, Washington.   At all material times defendants were "employer(s)" engaged in "commerce" within the meaning of 29 U.S.C. § 203.

### FACTS

6.    Defendants employed plaintiff under an oral contract.

7.    Plaintiff usually worked in excess of 40 hours per week ("overtime"). More specifically, plaintiff typically worked 12 or more hours per day, 7 days a week.

8.    For work performed in excess of 40 hours per week, defendants did not pay plaintiff, compensation at a rate not less than one and one-half times the "regular rate" at which she was employed within the meaning of 29 U.S.C. § 207(a)(1).

/

Complaint - Page 2
Case No. (*Owen v. West Travel, Inc. et al.*)

Anthony J. Ginster
Attorney At Law
225 – 106th Avenue N.E.
Bellevue, WA 98004
(425) 462-8240

**CAUSE OF ACTION - VIOLATION OF 29 U.S.C. § 207(a)(1)**

9.     Plaintiff re-alleges and incorporates by reference as though set forth completely herein, all of the foregoing allegations.

10.     For the purposes of her Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, claim, plaintiff is not an exempt employee under any of the exemptions stated under the statute.

11.     Defendants did not pay plaintiff compensation for work performed in excess of 40 hours per week at a rate not less than one and one-half times the "regular rate" at which she was employed.  Defendants' failure to so compensate plaintiff violated 29 U.S.C. § 207(a)(1).

12.     Defendants' failure to pay overtime to plaintiff in violation of 29 U.S.C. § 207(a)(1) was willful and not in good faith.

**PRAYER**

Plaintiff Gloria K. Owen prays for relief as follows:

(a)  For judgment against defendants for unpaid overtime wages in an amount  to be proven at trial; and for an additional equal amount as liquidated damages, attorneys fees and costs pursuant to 29 U.S.C. § 216(b);

(b)  For pre-judgment and post-judgment interest;

(c)  For the costs of maintaining this suit; and,

(d)  For an award to plaintiffs of any other relief this Court deems equitable and just.

Complaint - Page 3
Case No. (*Owen v. West Travel, Inc. et al.*)

Anthony J. Ginster
Attorney At Law
225 – 106th Avenue N.E.
Bellevue, WA 98004
(425) 462-8240

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DATED this 11 day of March, 2003.

Anthony J. Ginster, WSBA NO.19310
Attorney for Plaintiff


DATED this 11 day of March, 2003.

Gordon C. Webb, WSBA NO. 22777
Attorney for Plaintiff

Complaint - Page 4
Case No. (*Owen v. West Travel, Inc. et al.*)

**JS 44** (Rev. 3/99)

# CIVIL COVER SHEET

# C03-0659 C

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GLORIA K. OWEN

## DEFENDANTS
WEST TRAVEL, INC. and ALASKA SIGHTSEEING / CRUISE WEST d/b/a CRUISE WEST

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____ KING _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
ANTHONY J. GINSTER, ESQ.
225 110TH AVENUE NE
BELLEVUE, WA 98004
425-462-8240

Attorneys (If Known)

*FILED    LODGED
RECEIVED
MAR 13 2003    PM
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY            DEPUTY
ENTERED*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | X 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | X 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | Injury | | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | or Defendant) | Determination Under Equal Access to |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

| | | | | | Appeal to District |
|---|---|---|---|---|---|
| X 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FAIR LABORS STANDARD ACT 29 USC 201 ET SEQ.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE COUGHENOUR    DOCKET NUMBER C02-1435C

DATE  3/11/03    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____